UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 09-23426-CIV/KING/BANDSTRA

ROSA ISABEL RAMIREZ,
and other similarly-situated individuals,

        Plaintiff(s),

vs.

PUBLIC HEALTH TRUST OF DADE COUNTY
D/B/A JACKSON MEMORIAL HOSPITAL
A/K/A JACKSON HEALTH SYSTEMS
F/K/A DEERING HOSPITAL,

        Defendant.
_____/

## DEFENDANT'S MOTION TO DISMISS

The Defendant, the Public Health trust of Miami-Dade County, pursuant to Fed. R. Civ. P. 8, 10, 12(e) and 12(f), files this motion to dismiss. The Defendant respectfully submits:

1. The Complaint must be dismissed because it is an improper shotgun pleading.

2. The Complaint violates Rule 8 because it is not a "short and plain" statement of the Plaintiff's claims.

3. The Complaint violates Rule 10 because it does not clearly set forth each of the Plaintiff's claims "in a separate count."

*Ramirez, Rosa v. Public Health Trust*
**Case No. 09-23426-Civ-King/Bandstra**

Accordingly, the Defendants respectfully urge the Court to dismiss the complaint for violation of Rules 8 and 10.

Dated: November 10, 2009
Miami, Florida

        Respectfully submitted,

        R. A. CUEVAS, JR.
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida  33128

        By:    s/ Lee Kraftchick
                  Lee Kraftchick
                  Assistant County Attorney
                  Florida Bar No. 313726
                  Phone:   (305) 375-5151
                  Fax:       (305) 375-5634
                  Attorney for Defendant, Miami-Dade County

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 10, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          s/ Lee Kraftchick
                                       Assistant County Attorney

*Ramirez, Rosa v. Public Health Trust*
Case No. 09-23426-Civ-King/Bandstra

**SERVICE LIST**
**Case No. 09-23426-Civ-King/Bandstra**

Zandro E. Palma
Law Offices of Zandro E. Palma, P.A.
E-Mail:  zep@thepalmalawgroup.com
3100 South Dixie Highway
Suite 202
Miami, Florida  33133
Tel:  (305)446-1500
Fax:  (305)446-1502
Attorney for Plaintiff

Lee Kraftchick
Assistant County Attorney
E-Mail:  lak2@miami-dade.gov

**Miami-Dade County Attorney's Office**

Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Tel:    (305) 375-5151
Fax:      (305) 375-5634
Attorney for Defendant
Miami-Dade County